COOPER & COOPER, INC., Appellant, *v.* THE NATIONAL PARK BANK OF NEW YORK, Respondent.

(Argued January 7, 1932; decided February 9, 1932.)

*Harold Wisan* and *Arnold A. Jaffe* for appellant.

*Emmett F. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.